IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>KIMBERLY SANTIAGO ROBINSON,<br><br>                Defendant. | **8:15CR178**<br><br>**ORDER** |

This matter is before the court on defendant's unopposed MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE [194]. The Court notes that the defendant's Pretrial Motion Deadline expired on March 10, 2017. However, for good cause shown, I find that the motion should be granted. The defendant will be given an approximate 21-day extension. Pretrial Motions shall be filed by March 31, 2017.

**IT IS ORDERED:**

1. Defendant's unopposed MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE [194] is granted. Pretrial motions shall be filed on or before March 31, 2017.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between March 10, 2017 and March 31, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 14th day of March, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge